# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CAMP ENERGY, LTD., | § § | Case No. 22-50058-cag |
| Debtor. | § | Chapter 11 |
| DAVID N., CAMP, CAMP ENERGY, LTD., CAMP ENERGY MANAGEMENT, L.L.C., CAMP OIL COMPANY, CAMP MINERALS, LLC, WHITSETT ENERGY, LLC AND KATHLEEN CAMP CASPER | § § § § § § § | Adv. No. 22-05007-cag |
| *Plaintiffs*, | § § | |
| And | § § | |
| LINDSAY G. CAMP AND TREVOR CAMP, | § § § | |
| *Intervening Plaintiffs*, | § § | |
| v. | § § | |
| J. BRADFORD CAMP AND LINDA P. CAMP, | § § § | |
| *Defendants/Third-Party Plaintiffs*, | § § | |
| v. | § § | |
| DAVID LACKEY, KATHLEEN CAMP CASPER, AND KMRC LIMITED PARTNERSHIP, | § § § § | |
| *Third-Party Defendants*, | § § | |
| v. | § § | |
| JOHN E. WHITSETT, | § § | |
| *Third-Party Defendant*, | § § | |
| v. | § § | |
| M. CYNTHIA CAMP, MICHELE CAMP, AND ALLYSON CAMP, | § § § | |
| *Third-Party Defendants*. | § | |

- 1 -

**J. BRADFORD CAMP'S WITNESS AND EXHIBIT LIST FOR MARCH 9, 2022 HEARING ON J. BRADFORD CAMP'S MOTION TO DISMISS [DKT 29] AND J. BRADFORD CAMP'S MOTION TO ABSTAIN AND REMAND [ADV DKT 13]**

| | |
|---|---|
| Main Nos. 22-50058<br>Adv. No. 22-05007 | Debtor: Camp Energy, Ltd. |
| **Witnesses**:<br>• William Patterson<br>• John Whitsett<br>• John Chunn | |
| Any witness called or designated by any other party for this Hearing | Judge: Honorable Craig A. Gargotta |
| Any rebuttal or impeachment witnesses, as necessary | Courtroom Deputy: Lisa Elizondo |
| Any person present in the courtroom | Hearing Date: March 9, 2022 |
| **Exhibits** | Hearing Time: 9:00 a.m. |
| J. Bradford Camp submits the exhibits below and reserves the right to offer any exhibits submitted by any other party. | Party Name: J. Bradford Camp |
| Movant requests that this Court take judicial notice of its files and certain cited documents in the bankruptcy case 22-50058-cag and all related adversary proceedings. *See generally Aloe Creme Labs., Inc. v. Francine Co.*, 425 F.2d 1295, 1296 (5th Cir. 1970) (per curiam) ("The District Court clearly had the right to take notice of its own files and records and it had no duty to grind the same corn a second time. Once was sufficient."). | Attorney's Name: Michael W. O'Donnell and Lauren A. Valkenaar |
| | Attorney's Phone: Michael W. O'Donnell (210) 224-5575 and Lauren A. Valkenaar (210) 469-3310 |
| | Nature of Proceedings:<br>J. Bradford Camp's Motion to Dismiss [Dkt. 29]<br>J. Bradford Camp's Motion to Abstain and Remand [Adv. Dkt. 13] |

# EXHIBITS

| NO. | DATE | DKT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/25/22 | n/a | J. Bradford Camp's Amended Notice of Fed. R. Civ. P. 30(b)(6) Deposition of Debtor Camp Energy, Ltd. Regarding Motion to Dismiss 22-50058 DKT. 0029 | | | | | | |
| 2 | 1/1/07 | n/a | Agreement of Limited Partnership of Camp Energy, Ltd. dated 10/25/2007 (HANNAH_023297-335) | | | | | | |
| 3 | 7/31/19 | n/a | Email from J. Whitsett to Sarah Cassford (HANNAH_23527-32) | | | | | | |
| 4 | 9/12/19 | n/a | Email from J. Whitsett to R. Hannah (HANNAH_019347-50) | | | | | | |
| 5 | 9/14/20 | n/a | Email from R. Hannah to J. Whitsett (BDC026158-61) | | | | | | |
| 6 | 12/18/20 | n/a | Email from J. Whitsett to J. Galindo (BDC027097-101) | | | | | | |

| NO. | DATE | DKT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 1/20/22 | n/a | Camp Energy Written Consent for Interim Manager (CEBK000168-72) | | | | | | |
| 8 | 2/1/22 | 19, pg. 21-37 | Declaration of William R. Patterson in Support of Debtor's Application to Approve Terms of William R. Patterson's Service as Interim Manager with Exhibit 1 (Retention Agreement) | | | | | | |
| 9 | 1/22/22 | n/a | Interim Manager Written Consent (CEBK000173-75) | | | | | | |
| 10 | 2/21/22 | n/a | Memo from B. Patterson to Limited Partner Owners of Camp Energy, Ltd. (CEBK000332-36) | | | | | | |
| 11 | 8/7/20 | n/a | J. Whitsett Texts with C. Trebes Sasser (BDC025902-04) | | | | | | |
| 12 | 8/24/20 | n/a | Email from J. Whitsett to J. Galindo [WHITSETT-00046573-74] | | | | | | |
| 13 | 9/04/19 | 29-6 | Camp Energy, Ltd. Certificate of Amendment Filing (CEBK000246-52) | | | | | | |
| 14 | 1/16/19 | n/a | Minutes of Regular Meeting of Board of Directors of Camp Oil Company (BDC025690) | | | | | | |

- 4 -

| NO. | DATE | DKT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|---|
| 15 | 12/22/19 | n/a | Minutes of Special Meeting of Board of Directors of Camp Oil Co. and Entities (CEBK000125) | | | | | | |
| 16 | 2/13/20 | n/a | Minutes of Regular Meeting of Board of Directors of Camp Co. and Entities (CEBK000128-32) | | | | | | |
| 17 | 11/25/20 | n/a | Regular Meeting of the Directors of Camp Oil Co. by Written Consent (CEBK000050-53) | | | | | | |
| 18 | 12/17/20 | n/a | December 17, 2020 Camp Oil Co. Board Meeting Minutes (CEBK000037-48) | | | | | | |
| 19 | 7/12/21 | n/a | Resolution of Board of Directors of Camp Oil Co. at Regular Board Meeting on July 12, 2021 (CEBK000012-18) | | | | | | |
| 20 | 9/8/21-1/3/22 | n/a | 2021-2022 Camp Oil Co. Board Meeting Minutes (CEBK000141-67) | | | | | | |
| 21 | 2/7/22 | 29-7 | Documents reflecting Camp Oil Co. as the general partner of Camp Energy, Ltd. (BDC034502-3, HANNAH_007533-5) (same as Ex. 7 to Motion at Dkt. 29-7) | | | | | | |

| NO. | DATE | DKT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|---|
| 22 | 8/xx/20 | n/a | Ramirena Camp Energy and Camp Oil folder (BDC034901-29) | | | | | | |
| 23 | 11/22/19 | n/a | STEP – Opportunity Fund V, LLC Limited Liability Company Agreement Member Signature Page (WHITSETT-00032850) | | | | | | |
| 24 | 11/22/19 | n/a | STEP – Opportunity Fund V, LLC Subscription Book (WHITSETT00032897-911) | | | | | | |
| 25 | 8/31/21 | n/a | Summary of K-1 Schedules and K-1 Schedule for Camp Oil Company from Camp Energy, Ltd. 2020 Partnership Tax Return (BDC031337-42, 31475-90) | | | | | | |
| 26 | 2/3/22 | 23 | Schedules, Statements, and Summary (cited in Motion as Adv. Dkt. 23) | | | | | | |
| 27 | 2/21/22 | 35 | Amended Schedule and Statement | | | | | | |
| 28 | 1/22/22 | 1-1 | Exhibit Financial Statements (cited in Motion as Adv. Dkt. 1-1 and ECF 1-1) | | | | | | |
| 29 | 2/21/22 | 36 | Monthly Operating Report for Small Business Under Chapter 11 | | | | | | |

| NO. | DATE | DKT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|---|
| 30 | 2/1/22 | n/a | Camp Energy, Ltd. Balance Statement as of 2/1/22 from CEBK000010 | | | | | | |
| 31 | 2/1/22 | n/a | Camp Energy, Ltd. Profit & Loss Statement as of 2/1/22 from CEBK000010 | | | | | | |
| 32 | 12/31/20 | n/a | Camp Oil Co. Financial Report (BDC035684-701) | | | | | | |
| 33 | 9/29/21 | n/a | Docket Control Order in Cause No. CVOP-19-0000147 | | | | | | |
| 34 | 3/23/21 | n/a | Excerpts of Motion to Enter Protective Orders Hearing Transcript | | | | | | |
| 35 | 2/7/22 | 29-5 | Excerpts of 1/12/2022 hearing transcript, pages 58-60 (same as Ex. 5 to Motion at Dkt. 29-5) | | | | | | |
| 36 | 6/22/21 | n/a | Excerpts of Status Conference Hearing Transcript, pages 1-32, 55-56 | | | | | | |
| 37 | 6/9/21 | n/a | J. Bradford Camp's Motion for Status Conference | | | | | | |
| 38 | 9/22/21 | n/a | J. Bradford Camp's Amended Second Motion for Status Conference (with exhibits) | | | | | | |

| NO. | DATE | DKT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|---|
| 39 | 1/19/22 | n/a | Letter from R. Valdez to M. O'Donnell, et al., regarding cancellation of J. Bradford Camp's deposition | | | | | | |
| 40 | 4/2/19 | n/a | Plaintiffs' Original Petition in Bexar County, Texas Probate Court, Cause No. 2015-PC-4109 | | | | | | |
| 41 | 4/29/19 | n/a | Plaintiffs' Original Petition in Bandera County, Texas District Court, Cause No. CVOP-19-0000147 | | | | | | |
| 42 | 4/30/19 | n/a | Plaintiffs' Original Petition in Bexar County, Texas District Court, Cause No. 2019CI08691 | | | | | | |
| 43 | 4/7/20 | n/a | Plaintiffs' Notice of Non-Suit in Bexar County, Texas Probate Court, Cause No. 2015-PC-4109 | | | | | | |
| 44 | 6/30/21 | n/a | Original Petition for Declaratory Judgment and Application for Temporary Administration filed 6/30/21 in Bexar County, Texas Probate Court, Cause No. 2015-PC-4109 | | | | | | |
| 45 | 12/4/20 | n/a | Order on Defendants' Motion for Partial Summary Judgement on Plaintiffs' Option Claims | | | | | | |

| NO. | DATE | DKT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|---|
| 46 | 6/15/21 | Adv. 13-6 | Order on Defendants' Plea to the Jurisdiction filed 6/15/21 (Ex. 6 to Motion to Abstain and Remand) | | | | | | |
| 47 | 6/11/21 | n/a | Order Denying John E. Whitsett's Motion for Partial Summary Judgment | | | | | | |
| 48 | 6/11/21 | n/a | Order Denying Plaintiffs' Motion for Partial Summary Judgment on Void Testamentary Bequest of Camp Oil Company Stock and Interests in Camp Energy, Ltd. and Camp Minerals, LLC | | | | | | |
| 49 | 2/7/22 | 29-2 | Plaintiff Camp Oil Company's Answers to Defendant J. Bradford Camp's Third Set of Interrogatories served 7/28/2021 (same as Ex. 2 to Motion at Dkt. 29-2) | | | | | | |
| 50 | 2/7/22 | 29-4 | Order on Defendant J. Bradford Camp's Motion to Compel the Advancement of Attorneys' Fees and Expenses and for Partial Summary Judgment filed 1/12/2022 (same as Ex. 4 to Motion at Dkt. 29-4) | | | | | | |
| 51 | 1/15/22 | n/a | Email from J.D. Pauerstein to J. Rudd (CEBK000377-8) | | | | | | |

| NO. | DATE | DKT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|---|
| 52 | 1/17/22 | n/a | Letter from J. Whitsett to Camp Energy, Ltd. (CEBK000305) | | | | | | |
| 53 | 3/24/20 | n/a | Notice of Special Meeting of the Directors of Camp Oil Co. Regarding Indemnification of J. Whitsett and Resolution (CEBK000135-40) | | | | | | |
| 54 | 10/12/18 | n/a | Waiver of Notice of Regular Meeting of Bd. Of Directors of Camp Oil Co., Minutes, and Resolutions (WHITSETT-027085-103) | | | | | | |
| 55 | 9/21/18 | n/a | Allied Party Agreement (WHITSETT-00038897-907) | | | | | | |
| 56 | 11/17/21 | n/a | Hearing Transcript on Motion for Protective Order and Motions to Enlarge Deposition Time of J. Bradford Camp Transcript, pages . 83-85, 110, 115-116, and 121-122 | | | | | | |
| 57 | 8/12/21 | n/a | Email from Christine McEntyre to Counsel Regarding Motion for Substitution of Counsel | | | | | | |
| 58 | 3/4/20 | n/a | Appeal from *U.S. v. Scully*, No. 16-51429 (5th Cir. 2020) | | | | | | |

| NO. | DATE | DKT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|---|
| 59 | 12/21/21 | n/a | Regular Meeting of the Directors of Camp Oil Company [CEBK000153-54] | | | | | | |
| 60 | 1/3/22 | n/a | Minutes of Special Meeting of the Shareholders of Camp Oil Company | | | | | | |
| 61 | 2/7/22 | 28 | List of Equity Security Holders | | | | | | |

DATED: March 4, 2022                  Respectfully submitted,

                                             By: */s/ Michael W. O'Donnell*
                                                 Michael W. O'Donnell
                                                 State Bar No. 24002705
                                                 mike.odonnell@nortonrosefulbright.com
                                                 Steve A. Peirce
                                                 State Bar No. 15731200
                                                 Steve.peirce@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

           Lauren A. Valkenaar
           State Bar No. 24088570
           lvalkenaar@chasnoffstribling.com

CHASNOFF, MUNGIA, VALKENAAR, PEPPING & STRIBLING, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-3310
Facsimile: (210) 855-9898

**COUNSEL FOR J. BRADFORD CAMP**

## **CERTIFICATE OF SERVICE**

I certify that on the 4th day of March, 2022, a true and correct copy of the above and foregoing **J. BRADFORD CAMP'S WITNESS AND EXHIBIT LIST FOR MARCH 9, 2022 HEARING ON J. BRADFORD CAMP'S MOTION TO DISMISS [DKT 29]** was served via email to the email addresses for the parties noted on the attached service list.

**Debtor**
Camp Energy Management, LLC
Camp Oil Company & Camp Minerals, LLC
9211 Broadway #17718
San Antonio, TX 78217

Wick Phillips Gould & Martin, LLP
Jason M. Rudd
Scott D. Lawrence,
Catherine Curtis
3131 McKinney Ave., Suite 500
Dallas, TX 75204
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com
catherine.curtis@wickphillips.com

**Parties in Interest**
John Whitsett
Rosenthal Pauerstein Sandoloski Agather LLP
Attn: Jonathan Pauerstein & Cassidy Daniels
755 East Mulberry, Suite 200
San Antonio, TX 78212
jpauerstein@spsalaw.com
cdaniels@rpsalaw.com

J. Bradford Camp
c/o Chasnoff Mungia Valkenaar Pepping & Stribling LLP
Attn: Lauren A Valkenaar
1020 NE Loop 410 Suite 150
San Antonio, TX 78209
lvalkenaar@chasnoffstribling.com

**Subchapter V Trustee**
Michael Colvard
112 East Pecan Street, Suite 1615
San Antonio, TX 78205
mcolvard@mdtlaw.com

**United States Trustee**
Shane P. Tobin
903 San Jacinto Blvd., Room 230
Austin, TX 78701
Shane.P.Tobin@usdoj.gov

**United States Trustee – SA 12**
USTPRegion07.SN.ECF@usdoj.gov

J. Bradford Camp
c/o Norton Rose Fulbright US LLP
Attn: Michael O'Donnell & Steve Peirce
111 W. Houston Street, Suite 1800
San Antonio, TX 78205
mike.odonnell@nortonrosefulbright.com
steve.peirce@nortonrosefulbright.com

David Lackey, Kathleen Camp Casper and KMRC Limited Partnership
RL Wilson Law Firm
Attn: Trey Wilson and Jennifer Rodriguez
16607 Blanco Rd., Suite 501
San Antonio, TX 78232
trey@sa-law.com
jrodriguez@sa-law.com

Estate of Bill N. Camp
c/o J. Bradford Camp
Norton Rose Fulbright US LLP
111 W. Houston Street, Suite 1800
San Antonio, TX 78205
mike.odonnell@nortonrosefulbright.com
steve.peirce@nortonrosefulbright.com

Valdez & Trevino Attorneys at Law, PC
Attn: Robert E. Valdez & Brittany Passdar-Shirazi
8023 Vantage Dr, Suite 700
San Antonio, TX 78230
revaldez@valdeztrevino.com
bpassdar-shirazi@valdeztrevino.com

John Chunn
PO Box 396
Hondo, TX 78861
john@johnchunnlaw.com

Estate of Gisela U. Camp
c/o J. Bradford Camp
Norton Rose Fulbright US LLP
111 W. Houston Street, Suite 1800
San Antonio, TX 78205
mike.odonnell@nortonrosefulbright.com
steve.peirce@nortonrosefulbright.com

Cynthia Camp
Gardner Law Firm
Attn: Jessica A. Newill and R. Wes Johnson
745 E. Mulberry Ave., Suite 500
San Antonio, TX 78212
jnewill@gardnertx.com
wjohnson@gardnertx.com

David Camp
Law Office of Randal A. Mowery
Attn: Randal A. Mowery
9901 IH 10 West, Suite 800
San Antonio, TX 78230
mowerylaw@hotmail.com

*/s/ Michael W. O'Donnell*